### FORBES, Appellant, *v.* HOUGH, Respondent.

*(Common Pleas of New York City and County, General Term.* December 19, 1889.)

Appeal from second district court.

Argued before VAN HOESEN, P. J., and BOOKSTAVER, J.

*F. Speir, Jr.,* for appellant. *Hays & Greenbaum,* for respondent.

No opinion. Ordered that the judgment be affirmed, with costs.

---

### FREUDENTHAL, Respondent, *v.* SCHENKEWITZ, Appellant.

*(Common Pleas of New York City and County, General Term.* December 19, 1889.)

Appeal from fifth district court.

Argued before VAN HOESEN, P. J,, and BOOKSTAVER, J.

*H. C. Kudlich,* for appellant. *Langbein Bros. & Langbein,* for respondent.

No opinion. Ordered that the judgment be affirmed, with costs.

---

### MCSORLEY, Appellant, *v.* DEEVES, Respondent.

*(Common Pleas of New York City and County, General Term.* December 19, 1889.)

Appeal from eleventh district court.

Argued before VAN HOESEN, P. J., and BOOKSTAVER, J.

*Thornton, Earle & Kiendl,* for appellant. *Blandy & Hatch,* for respondent.

No opinion. Ordered that the judgment be reversed, new trial ordered, costs to abide the event.

---

### O'ROURKE *v.* MONAGHAN.

*(Common Pleas of New York City and County, General Term.* December 19, 1889.)

Appeal from seventh district court.

Argued before VAN HOESEN, P. J., and BOOKSTAVER, J.

*Mr. Brunneman,* for appellant. *J. Kearney,* for respondent.

No opinion. Ordered that the judgment be reversed, new trial ordered, costs to abide the event.

---

### ROSENGARD, Respondent, *v.* CORN *et al.,* Appellants.

*(Common Pleas of New York City and County, General Term.* December 19, 1889.)

Appeal from seventh district court.

Argued before VAN HOESEN, P. J., and BOOKSTAVER, J.

*G. Hahn,* for appellants. *N. L. Hahn,* for respondent.

No opinion. Judgment affirmed, with costs.

---

### SCALLION, Respondent, *v.* FARRELL, Appellant.

*(Common Pleas of New York City and County, General Term.* December 19, 1889.)

Appeal from seventh district court.

Argued before VAN HOESEN, P. J., and BOOKSTAVER, J.

*J. H. Rogan,* for appellant. *M. Steinert,* for respondent.

No opinion. Judgment affirmed, with costs.